IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TALLY ANN ROWAN,

           Plaintiff,                                    ORDER

    v.                                               09-cv-420-slc

WI STATE DEPT OF CORRECTIONS
and MARTY ORDINANS, Director,

           Defendants.

---

      Plaintiff Tally Ann Rowan, a prisoner at the Pierce County jail in Ellsworth, Wisconsin, has submitted a proposed complaint. She asks for leave to proceed *in forma pauperis*. Because plaintiff is a prisoner, she is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether she can proceed with her complaint *in forma pauperis*, plaintiff will have to make an initial partial payment of the filing fee. From the trust fund account statement plaintiff has submitted, I calculate her initial partial payment to be $15.85. Also, she must pay the remainder of the fee in monthly installments even if her request for leave to proceed is denied. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff is assessed $15.85 as an initial partial payment of the $350 fee for filing this case. She is to submit a check or money order made payable to the clerk of court in the amount of $15.85 on or before July 27, 2009. If, by July 27, 2009, plaintiff fails to make the initial partial payment or show cause for her failure to do so, she will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing her case at a later date.

Entered this 7th day of July, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge