IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ANN ROWAN,

    Plaintiff,

v.

MARTY ORDINANS and
WI STATE DEPT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-420-slc

---

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                  Date

6/30/10